IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREG'S GREATER CHICAGO CHIROPRACTIC, LLC, on behalf of Plaintiff and a class, | ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 6400 |
| v. | ) ) | |
| MIDWEST NUTRITIONAL SERVICE, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

## AFFIDAVIT OF ANDREW BARNETT

I, Andrew Barnett, declare under penalty of perjury, that the following statements are true:

1. I am over twenty-one years of age and am employed at CyberData, Inc. ("CyberData").

2. CyberData provides claims administration services, including class notification, claims processing and distribution services. CyberData does business as Class-Settlement.com.

3. Class-Settlement.com was retained as the Class Administrator by the parties to give notice by fax, mail, and publication, create the claims website, provide claims administration services, mail and collect W-9 forms and administer the Settlement Fund. I coordinated the notice and administration efforts and have knowledge of what work was performed.

4. This declaration is submitted in support of Plaintiff's Memorandum in Support of Final Accounting.

5. On September 25, 2015, Class-Settlement.com received a check in the amount of $63,500.00 from Class Counsel, which was deposited into the *Greg's Greater v. Midwest Nutritional Class Settlement Fund*.

6. On October 19, 2015, Class-Settlement.com mailed settlement checks to each of the 165 Settlement Class Members. All Settlement Class Members were paid $384.84.

7. Each settlement check contained a void date of December 18, 2015 and return address of Class-Settlement.com, P.O. Box 9009, Hicksville, NY 11801-9009.

8. No settlement checks were returned as undeliverable by the U.S. Postal Service. One Settlement Class Member requested a check to be reissued. The Settlement Class Member requested a new check because the organization had recently closed. The Settlement Class Member provided verification to substantiate the request for a new check.

9. As of January 13, 2016, 161 Settlement Class Members had cashed their settlement checks. The remaining 4 Settlement Class Members had not cashed their settlement checks. In sum, there was a total distribution to the Settlement Class of $61,959.24.

10. As of December 22, 2015, $1,540.76 remained in the *Greg's Greater v. Midwest Nutritional Class Settlement Fund*, composed of $1,539.36 from uncashed settlement checks by Settlement Class Members and $1.40 in undistributed funds due to rounding.

11. On January 15, 2016, Class-Settlement.com issued and mailed a check in the amount of $1,540.76 payable to LAF as a *cy pres* distribution. (Exhibit A)

12. Class-Settlement.com was paid a total of $3,750.00 for notice and administration.

13. As of February 3, 2016, there are no funds remaining in the *Greg's Greater v. Midwest Nutritional Class Settlement Fund*.

Executed this 9th day of February, 2016, at ___HICKSVILLE___, NY.

_____
Andrew Barnett

Subscribed and sworn before me

this __9th__ day of February, 2016

_____
Notary Public

Executed on February __9th__, 2016

KATHLEEN E MAYERHOFER
Notary Public - State of New York
NO. 01MA6194342
Qualified in Nassau County
My Commission Expires 9-29-16

## **CERTIFICATE OF SERVICE**

I, Heather Kolbus, certify that on February 12, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will cause notification of such filing upon the following:

Anthony T. Eliseuson (anthony.eliseuson@dentons.com)
William M. Gantz (bill.gantz@dentons.com)
Jacqueline A. Giannini (jacqui.giannini@dentons.com)
DENTONS US LLP
233 S. Wacker Drive, Suite 7800
Chicago, IL 60606

John D. Dalton (jdalton@baughdaltonlaw.com)
Emily R. Norris (enorris@baughdaltonlaw.com)
Jennifer E. Simms (jsimms@baughdaltonlaw.com)
BAUGH, DALTON, CARLSON, & RYAN, LLC
135 S. LaSalle Street, Suite 2100
Chicago, IL 60603

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)